Complete and Mail To:
BORRELLI & ASSOCIATES, P.L.L.C.
Attn: JESUS ROMERO, et al. v. FRAME AUTO COLLISION, INC. and JESUS PAGAN,
individually, et al.
910 Franklin Avenue, Suite 205
Garden City, New York 11530
Tel: (516) 248-5550
Fax: (516) 248-6027

## CONSENT TO JOIN COLLECTIVE ACTION

I hereby consent to join the lawsuit entitled JESUS ROMERO, on behalf of himself, individually, and on behalf of all others similarly-situated, v. FRAME AUTO COLLISION, INC. and JESUS PAGAN, individually, et al, Docket No.: 24-cv-1998 (E.D.N.Y.), brought pursuant to the Fair Labor Standards Act, the New York State Labor Law, and the New York Code of Rules and Regulations.

By signing below, I state that I am currently or was formerly employed by the Defendants at some point during the previous six years. I elect to join this case in its entirety with respect to any wage and hour-related claims asserted in the complaint filed in this matter and/or under any Federal and State law, rule, or regulation.

I hereby designate Borrelli & Associates, P.L.L.C. ("Plaintiff's Counsel") to represent me for all purposes of this action.

I also designate JESUS ROMERO, the class representative who brought the above-referenced lawsuit, as my agent to make decisions on my behalf concerning the litigation and the method and manner of conducting the litigation. I also state that I have entered into my own retainer agreement with Plaintiff's Counsel or consent to the retainer agreement entered into by JESUS ROMERO, concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature

Emmanuel kanios
Full Legal Name (Print)