UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JESUS ROMERO, on behalf of himself, individually, and on behalf of all others similarly-situated,

    Plaintiff,

-against-

FRAME AUTO COLLISION INC. and JESUS PAGAN, individually,

    Defendants.

---

Docket No.: 24-cv-1998-JMA-ARL

**CONSENT TO JOIN LAWSUIT**

IF YOU RECEIVED THIS FORM AND WANT TO JOIN THIS LAWSUIT, PLEASE COMPLETE THESE TWO STEPS:

1. COMPLETE AND SIGN THIS "CONSENT TO JOIN LAWSUIT" FORM; <u>AND</u>
2. USE THE ENCLOSED ENVELOPE TO RETURN THIS FORM TO THE ADDRESS BELOW NOT LATER THAN [60 Days from Date of Mailing of Notice].

Borrelli & Associates, P.L.L.C.
910 Franklin Avenue, Suite 205
Garden City, New York 11530
Tel: (516) 248-5550

You can also: fax the Consent to Join Lawsuit form to (516) 248-6027; or scan and email it to mjb@employmentlawyernewyork.com

**I CHOOSE TO BE REPRESENTED BY:**

[✓] Borrelli & Associates, P.L.L.C. I authorize Plaintiff and Borrelli & Associates, P.L.L.C. to act on my behalf in all matters relating to this action, including any settlement of my claims brought under federal and state laws.

[ ] Another attorney of my choosing, who shall promptly file a notice of appearance on my behalf.

[ ] Myself, *pro se*, without the assistance of an attorney.

If you do not select any of the representation options above but send back your form to Borrelli & Associates, P.L.L.C., you will automatically be represented by Plaintiff's lawyers, Borrelli & Associates, P.L.L.C. Moreover, failure to select a representation option above will authorize Jesus Romero and Borrelli & Associates, P.L.L.C., to act on your behalf in all matters relating to this action, including any settlement of your federal and state law claims. You are permitted to proceed with alternative counsel of your own choosing or to represent yourself *pro se* without the assistance of an attorney.

*Erick Lopez Montoya*
**SIGNATURE**

*Erick Lopez Montoya*
**PRINT NAME**

[personal information redacted]